# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Santo Nolito González-Fernández<br>aka: "Santo Norito González-Fernández", "Santo González-Fernández", "Carlos Méndez-Meléndez", and "Carlos Alberto Méndez-Meléndez"<br>*Defendant(s)* | Case No.<br>25- 135 ( M ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 18, 2025 in the county of -- in the -- District of Puerto Rico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(2); | Illegal reentry of removed alien subsequent to an aggravated felony conviction; |
| 18 U.S.C. § 1028A(c) | Aggravated identity theft in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is a violation of 18 U.S.C. § 1028(f), knowing that the means of identification belonged to another actual person |

This criminal complaint is based on these facts:

See Attached Affidivit.

Reviewed by SAUSA Steven Liong-Rodríguez
The United States requests temporary detention based on serious risk of flight pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

YAMARI PADILLA-COLLAZO
Digitally signed by YAMARI PADILLA-COLLAZO
Date: 2025.02.19 15:07:14 -04'00'

*Complainant's signature*

Yamari Padilla-Collazo, HSI Special Agent
*Printed name and title*

Date: 2/19/25

*Judge's signature*

City and state: San Juan, Puerto Rico    Marshal D. Morgan, United States Magistrate Judge
*Printed name and title*